IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TARIQ A. VAUGHN, SR.,  )
                      )
    Plaintiff,        )
                      )
v.                    )   Civil Action No. 3:11CV153-HEH
                      )
CITY OF RICHMOND, *et al.*,  )
                      )
    Defendants.       )

**MEMORANDUM OPINION**
(Dismissing Action for Failure to Prosecute)

Plaintiff, a United States prisoner proceeding *pro se*, filed this civil action. By Memorandum Order entered on April 12, 2011 the Court conditionally docketed the action. The April 12, 2011 Memorandum Order warned Plaintiff that he must immediately advise the Court of his new address in the event that is transferred or relocated. On August 31, 2011, the Memorandum Order entered on August 19, 2011 was returned to the Court by the United States Postal Service marked "RETURN TO SENDER" and "UNABLE TO FORWARD." Plaintiff's failure to keep the Court apprised of his current address indicates a lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

_____/s/_____
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Sept 15 2011
Richmond, Virginia